IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NATHAN J. MACK,

      Appellant,

v.

JULIE L. JONES, SEC., FLA.
DEPT. OF CORRECTIONS,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2850

_____/

Opinion filed May 8, 2017.

An appeal from the Circuit Court for Leon County.
George S. Reynolds, III, Judge.

Nathan J. Mack, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Erik Kverne, Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.